# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE FRANKLIN

NO. 2019 KW 1098

**OCT 28 2019**

---

In Re:    Willie Franklin, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 01-19-0196.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**  See **State v. Varnall**, 539 So.2d 45 (La. 1989)
(*per curiam*).

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT